IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
(Central Division)

_____

| | |
|---|---|
| STEVEN PETERSON, | Case No. 3:14-CV-03059 |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| MARTIN MARIETTA MATERIALS, INC., and JEFF BALDWIN, and STACY OLBERDING, Individually and in their corporate capacities | |
| Defendants. | |

_____

Notice is hereby given that the Plaintiff, Steven Peterson, hereby appeals to the United States Court of Appeals for the Eighth Circuit the Rule 56 ruling of the United States District Court for the Northern District of Iowa, entered on May 17, 2016, granting summary judgment for the Defendants and dismissing the above action.

Respectfully Submitted,

SHERINIAN & HASSO LAW FIRM.

/s/ Mark D. Sherinian
Mark D. Sherinian                AT0007173
E-mail: sherinianlaw@msn.com
630 Colony Park
3737 Woodland Ave.
West Des Moines, IA  50266
Telephone (515) 224-2079
Facsimile  (515) 224-2321

ATTORNEYS FOR PLAINTIFF

Original filed.

Copy to:

Bernard L. Spaeth, Jr.
Email: spaeth@whitfieldlaw.com
S. Luke Craven
Email: craven@whitfieldlaw.com
WHITFIELD & EDDY, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone (515) 288-6041
Facsimile (515) 246-1474

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  6/16/16
By: _____ U.S. Mail           _____ Facsimile
    _____ Hand Delivered      _____ Overnight Courier
    _____ Certified Mail      x _____ Other: e-file

Signature  /s/ Emily Wilson