# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  16-2814
_____

Steven Peterson

Plaintiff - Appellant

v.

Martin Marietta Materials, Inc.; Jeff Baldwin, Individually and in his corporate capacity; Stacy Olberding, Individually and in her corporate capacity

Defendants - Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:14-cv-03059-LTS)

_____

**JUDGMENT**

The parties' joint stipulation to dismiss the appeal is granted. The appeal is hereby

dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 12, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans